LAW OFFICES OF
SILVERMAN PERLSTEIN & ACAMPORA LLP

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GOLDEN MANAGERS ACCEPTANCE
CORP. and GOLDEN IMPROVEMENTS
CORPORATION,

                        Plaintiffs,

      -against-

RICHARD YANDOLI,

                        Defendant.
---------------------------------------------------------------x

Index No.: 08 CIV. 2007

JUDGE ROBINSON

FEDERAL RULE OF
CIVIL PROCEDURE 7.1
DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Civil Rule 1.9 of the United States District Court for the Southern and Eastern Districts of New York] and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for GOLDEN MANAGERS ACCEPTANCE CORP. ("Golden Mac") and GOLDEN IMPROVEMENTS CORPORATION ("Impco") (both private non-governmental parties) certifies that System Capital Corp. ("SCC") is the 100% shareholder of both Golden Mac and Impco, and that the following corporations own equal percentages of the shares of SSC and are publicly held corporations: Keystone Foods LLC, The Bama Companies, Inc., East Balt Inc., The HAVI Group, LP, Golden State Foods Corp., OSI Industries, Inc.

Dated: Jericho, New York
       February 27, 2008

                                     SILVERMAN PERLSTEIN & ACAMPORA LLP
                                     Attorneys for plaintiffs

                    By: _____
                                   Edward M. Flint (EMF#7001)
                                   A Member of the Firm
                                   100 Jericho Quadrangle, Suite 300
                                   Jericho, New York 11753
                                   (516) 479-6300

CAG/D260092v/F053785