Silverman Perlstein & Acampora LLP
Counsel to Plaintiffs
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(615) 479-6300
Edward M. Flint, Esq. (EMF#7001)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GOLDEN MANAGERS ACCEPTANCE
CORP. and GOLDEN IMPROVEMENTS
CORPORATION,
                Plaintiffs,
    -against-                             Index No. 08 CIV. 2007
                                         Hon. Stanley C. Robinson
RICHARD YANDOLI,
                Defendant.             **AFFIDAVIT OF SERVICE**
-------------------------------------------------------------x
STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NASSAU  )

      **LESLYE KATZ,** being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Lindenhurst, New York.

      On March 3, 2008, deponent served the

- **ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER with Application and Affidavit in support;**

- **MEMORANDUM IN SUPPORT OF MOTION BY ORDER TO SHOW CAUSE FOR AN ORDER (A) PURSUANT TO RULE 64 OF THE FEDERAL RULES OF CIVIL PROCEDURE, AND SECTION 6201(4) OF THE CIVIL PRACTICE LAW AND RULES GRANTING A PRE-JUDGMENT ORDER OF ATTACHMENT OF THE ASSETS OF DEFENDANT, AND (B) PURSUANT TO RULE 65 OF ISSUEING AN *EX PARTE* TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION; and**

- **SUMMONS IN A CIVIL ACTION and COMPLAINT**

by overnight mail delivery to the address listed below, said address designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the Federal Express Corporation.

To:    Harvey J. Cavayero & Associates
        57 Old Country Road
        Westbury New York 11590-5255

                                                       s/Leslye Katz
                                                    **LESLYE KATZ**

Sworn to before me this
3rd day of March, 2008.                Carol Ann Gallo-Russo
                                            Notary Public, State of New York
                                            No. 01GA4632721
  s/Carol Ann Gallo-Russo           Qualified in Suffolk County
Notary Public                                Commission Expires April 30, 2010

EMF/D261500v/F053785