## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 2007

Date Filed: 2/28/2008

Plaintiff:
**GOLDEN MANAGERS ACCEPTANCE CORP. and GOLDEN IMPROVEMENTS CORPORATION**

vs.

Defendant:
**RICHARD YANDOLI**

For:
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Received these papers to be served on **RICHARD YANDOLI, located at 54 Indian Fields Road, Greenwich, Connecticut 06830.**

I, Kevin Farina, being duly sworn, depose and say that on the **5th day of March, 2008 at 4:50 pm**, I:

Served A Suitable Age Person by delivering and leaving a true copy of the **Order to Show Cause and Temporary Restraining Order SIGNED BY HON. STEPHEN C. ROBINSON and DATED FEBRUARY 29, 2008 with Exhibits 1-2 & A-E, Memorandum in Support of Motion by Order to Show Cause and Summons in a Civil Action & Complaint** with Judy Yandoli, Wife, authorized to accept on behalf of, at the above named address; the said premises being the Individual's usual place of abode.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description of Person Served:** Age: 50, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 150, Hair: Blonde, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 6th day of March, 2008 by the affiant who is personally known to me.

Linda J. Perlmutter
My Commission Expires 12/31/08

Kevin Farina
Process Server

Our Job Serial Number: 2008000933
Ref: File No.: 53785

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j