# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 2007

Date Filed: 2/28/2008

Plaintiff:
**GOLDEN MANAGERS ACCEPTANCE CORP. and GOLDEN IMPROVEMENTS CORPORATION**

vs.

Defendant:
**RICHARD YANDOLI**

For:
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Received these papers to be served on **RICHARD YANDOLI, located at 54 Indian Fields Road, Greenwich, Connecticut 06830**.

I, Elisa Chavez, being duly sworn, depose and say that on the **5th day of March, 2008** at **5:00 pm, I:**

Mailed a true copy of **Order to Show Cause and Temporary Restraining Order SIGNED BY HON. STEPHEN C. ROBINSON and DATED FEBRUARY 29, 2008 with Exhibits 1-2 & A-E, Memorandum in Support of Motion by Order to Show Cause and Summons in a Civil Action & Complaint** by First Class Mail bearing the words "Personal Confidential" on March 5, 2008 in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 5th day of March, 2008 by the affiant who is personally known to me.

Indira Santo
Notary Public, State of New York
No. 01SA6147530
Qualified in Queens County
Commission Expires 06/05/2010

Elisa Chavez
Process Server

Our Job Serial Number: 2008000994
Ref: File No.: 53785

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j