```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X   Case No. 08-CV-2007
GOLDEN MANAGERS ACCEPTANCE
CORP., and GOLDEN IMPROVEMENTS
CORPORATION,
                    Plaintiffs,

        -against-                        NOTICE OF APPEARANCE

RICHARD YANDOLI,

                    Defendant.
------------------------------------X
```

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as counsel in this case on behalf of Richard J. McCord, Esq., Trustee of the Estates of Yandoli Foods, Inc., et al.

I certify that I am admitted to practice before this Court.

Dated:   East Meadow, New York
         March 19, 2008

                                    CERTILMAN BALIN ADLER & HYMAN, LLP

                                    By: _____
                                    Jaspreet S. Mayall
                                    Counsel for Richard J. McCord,
                                    Esq., Trustee of the Chapter 7
                                    Estates of Yandoli Foods, Inc., et
                                    al.
                                    90 Merrick Avenue, 8th Floor
                                    East Meadow, New York 11554
                                    (516) 296-7061
                                    (516) 296-7111 (fax)
                                    Jmayall@certilmanbalin.com

1977523-1

TO:   **SILVERMAN, PERLSTEIN & ACAMPORA, LLP.**
      Attorneys for Plaintiffs
      100 Jericho Quadrangle, Ste. 300
      Jericho, New York 11753
      (516) 479-6300
      (516) 479-6301 (fax)
      Attn: Edward M. Flint, Esq.
      emf@SPALLP.com

      **LOCKE, LIDDELL & SAPP, PLLC**
      Attorneys for Plaintiffs
      Thomas Grace
      600 Travis, Suite 2600
      Houston, Texas 77022
      (713) 226-1377
      (713) 223-3717 (fax)

      **HARVEY J. CAVAYERO, ESQ.**
      Attorney for Defendant
      Harvey J. Cavayero & Associates
      57 Old Country Road
      2nd Floor
      Westbury, New York 11590
      (516) 478-5818
      hcavayero@aol.com

1977523-1