Silverman Perlstein & Acampora LLP
Counsel to Plaintiffs
100 Jericho Quadrangle, Suite 300
Jericho, New York  11753
(615) 479-6300
Edward M. Flint, Esq. (EMF#7001)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GOLDEN MANAGERS ACCEPTANCE
CORP. and GOLDEN IMPROVEMENTS
CORPORATION,

            Plaintiffs,

    -against-                                 Index No. 08 CIV. 2007
                                                      Hon. Stanley C. Robinson

RICHARD YANDOLI,

                           Defendant.        **AFFIDAVIT OF SERVICE**
-------------------------------------------------------------x
STATE OF NEW YORK  )
                       ) ss.:
COUNTY OF NASSAU   )

      LESLYE KATZ, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Lindenhurst, New York.

      On March 3, 2008, deponent served an **ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER with Application and Affidavit in support** by first class mail delivery to the address listed below, said address designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:    Richard McCord, Esq.
         Certilman Balin Adler & Hyman, LLP
         The Financial Center at Mitchell Field
         90 Merrick Avenue
         East Meadow, New York 11554

                                                                  s/Leslye Katz
                                                                 LESLYE KATZ

    Sworn to before me this
    20th day of May, 2007

                                                   Randy J. Schaefer, Notary Public
                                                 State of New York
          s/Randy J. Schaefer           No.02SC5007141
             Notary Public                   Qualified in Suffolk County
                                                 Commission Expires January 19, 2011

EMF/D262647v/F053785