

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

**Jaspreet S. Mayall**
**Partner**
DIRECT DIAL 516.296.7061
jmayall@certilmanbalin.com

March 20, 2008



Clerk of the Court
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

       Re:    **Golden Managers Acceptance Corp. and**
                  **Golden Improvements Corporation v. Richard Yandoli**
                  **Index No. 08 CIV. 2007 (Hon. Stephen C. Robinson)**

Dear Sir:

       Certilman Balin Adler & Hyman, LLP (the "Firm") represents Richard J. McCord, Esq., the Trustee of the Chapter 7 Estates of Yandoli Foods, Inc., et al., an interested party in the above-referenced action.

       On March 19, 2008, the Firm attempted to electronically file an Affirmation of Jaspreet S. Mayall, Esq. in Opposition to the Application of Plaintiffs, Golden Managers Acceptance Corp. and Golden Improvements Corporation, for (a) a Pre-Judgment Order of Attachment Pursuant to Rule 64 of the Federal Rules of Civil Procedure ("FRCP") and Section 6201(3) of the New York Civil Practice Law and Rules ("CPLR") and (b) an Order Granting an *Ex Parte* Temporary Restraining Order and Preliminary Injunction Pursuant to FRCP 65(b), together with nine (9) exhibits. However, the PDF file containing Exhibit 1 was too large for the ECF System to accept for filing as an attachment to the Affirmation and had to be scanned as three separate PDF files.

       In view of the foregoing, the Firm completed the filing of the Affirmation and attempted to file Exhibits 1 through 9 to the Affirmation as a new entry on the docket. However, the ECF System would not permit that action. When we contacted the Clerk's Office to explain the difficulty, we were advised to refile the Affirmation, together with all of the Exhibits, and write a letter to the Court explaining why the Affirmation was filed twice. This letter is meant to provide the requested explanation.

       If you have any questions regarding this matter, please do not hesitate to contact the undersigned.

                                                      Very truly yours,

                                                      JASPREET S. MAYALL

JSM:ccf

1977632-1                 CERTILMAN BALIN ADLER & HYMAN, LLP
                           SUFFOLK OFFICE: HAUPPAUGE, NY 11788