SILVERMAN
PERLSTEIN &
ACAMPORA LLP

EDWARD M. FLINT
MEMBER OF THE FIRM

DIRECT DIAL: (516) 479-6366
DIRECT FAX: (516) 945-6366
E-MAIL: EMF@SPALLP.COM

MEMO ENDORSED

April 2, 2008




**BY FEDERAL EXPRESS**

Hon. Stephen C. Robinson
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: Golden Managers Acceptance Corp, et al. v. Richard Yandoli**
**Index No. 08 CIV. 2007**
**April 11, 2008 Hearing on**
**Motion for Preliminary Injunction**
**Our File No. 53785**

Honorable Sir:

We are counsel for the plaintiffs, Golden Managers Acceptance Corp. and Golden Improvements Corporation, in the above-referenced action before your Honor. The plaintiffs' motion (the "Motion") for a preliminary injunction and pre-judgment attachment is currently scheduled to be heard on April 11, 2008 at 12:00 p.m. The hearing on the Motion was scheduled in an Order to Show Cause and Temporary Restraining Order signed by the Court on February 28, 2008 (the "TRO").

Although the defendant has not filed any papers in opposition to the Motion, Richard J. McCord, the chapter 7 bankruptcy trustee for Yandoli Foods, Inc. and seven (7) related companies, did. Mr McCord has requested, and the plaintiffs have consented, to an adjournment of the hearing on the Motion for approximately ninety (90) days, and, pending the adjourned hearing, and extension of the temporary restraining order contained in the TRO. The parties are discussing an amicable resolution of the issues raised by the Motion and Mr. McCord's objections and are hopeful that we can reach agreement during the adjournment.

I have also spoken to Harvey Cavayero, Esq., counsel for the defendant, who consents to both the adjournment and the extension of the TRO to the adjourned date.

SILVERMAN
PERLSTEIN &
ACAMPORA LLP

April 2, 2008
Page 2
Hon. Stephen C. Robinson

If the Court requires a formal stipulation among the parties, or has any questions, please a member of the Court's staff contact me.

Very truly yours,

Edward M. Flint

Edward M. Flint

Oral argument rescheduled from April 11th to June 26th @ 10:00am

**APPLICATION GRANTED**

Stephen C Robinson 4/8/08

**HON. STEPHEN C. ROBINSION**

cc: Richard J. McCord, Esq.
Harvey Cavayero, Esq.