Robinson, J.

Silverman Perlstein & Acampora LLP
Counsel to Plaintiffs
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(615) 479-6300
Edward M. Flint, Esq. (EMF#7001)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GOLDEN MANAGERS ACCEPTANCE
CORP. and GOLDEN IMPROVEMENTS
CORPORATION,
                Plaintiffs,      Index No. 08 CIV. 2007
    -against-                      Hon. Stephen C. Robinson

RICHARD YANDOLI,
                Defendant.
------------------------------------------------------------x

## DEFAULT JUDGMENT

This action having been commenced on February 28, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Richard Yandoli, on March 5, 2008, by way of personal service on Judy Yandoli, wife of the defendant, at the defendant's usual place of abode, and a proof of service having been filed on March 14, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED:** That plaintiff Golden Managers Acceptance Corp., have judgment against defendant in the liquidated amount of $1,866,121.58 with interest at the Prime Rate charged by JP Morgan Chase Bank, plus 4%, from June 20, 2006 amounting to $232,572.97 plus costs and disbursements of this action in the amount of $601.55 amounting in all to $2,099,296.10 and it is further

(The rest of this page intentionally left blank)

DJM/D263363v/F053785

**ORDERED, ADJUDGED AND DECREED:** That plaintiff Golden Improvements Corp., have judgment against defendant in the liquidated amount of $965,874.40 with interest at the Prime Rate charged by JP Morgan Chase Bank, plus 4%, from June 20, 2006 amounting to $125,274.10 plus costs and disbursements of this action in the amount of $0 amounting in all to $1,091,148.50

Dated: White Plains, New York
April 9, 2008

_____
Hon. Stephen C. Robinson, U.S.D.J.

This document was entered on the docket
On _____

DJM/D263363v/F053785